Our File No. TAR-243-CM
**ATTORNEY ID - 050371991**
FISHMAN MCINTYRE BERKELEY LEVINE SAMANSKY, P.C.
120 Eagle Rock Avenue
East Hanover, New Jersey 07936
Tel: (973) 560-9000
Fax: (973) 560-0060
Attorneys for Defendant, Target Corporation i/p/a Target Stores and Target Stores

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN CORBETT<br><br>Plaintiff,<br><br>-vs-<br><br>TARGET STORES, JOHN DOES 1-99, ABC CORPS. 1-99<br><br>Defendant | CIVIL ACTION NO. |

## PETITION FOR REMOVAL

Petitioner, Target Corporation improperly plead as Target Stores and Target Stores, by its attorneys, Fishman McIntyre Berkeley Levine Samansky, P.C., respectfully petitions the United States District Court for the District of New Jersey as follows:

1. Target Corporation first received a copy of the Complaint on or about December 30, 2020 through their registered agent.

2. This case was commenced on August 14, 2020 in the Superior Court of New Jersey, Law Division, Hudson County Suit is identified in the Superior Court as <u>Corbett, Brian v. Target Stores,</u> Docket No. L-2959-20. (See Exhibit A)

3. The filing of this Petition for Removal is timely because it is filed within thirty days of the date Target Corporation first received notice of the lawsuit.

4. The plaintiff's Complaint in the Superior Court of New Jersey, Law Division, Hudson County, asserts damages of a non-specified amount. Plaintiff, Brian Corbett, alleges he was caused to slip and fall on a puddle of water on the floor, causing him to break his toe and suffer pain and suffering. As such, Target Corporation, believes the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Target Corporation is informed and believes that Plaintiff, Brian Corbett, is an individual citizen of the State of New Jersey. Defendant/petitioner, Target Corporation is incorporated in the State of Minnesota and its principal place of business is in the State of Minnesota. The action is therefore between citizens and a corporation of other states.

6. Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

WHEREFORE, Petitioner, Target Corporation, defendants in the action described herein, which is currently pending in the Superior Court of the State of New Jersey, Law Division, Hudson County, Docket No. L-2959-20, prays that this action be removed therefrom to this Court.

DATED: January 5, 2021

Target Corporation i/p/a Target Stores and Target Stores

BY: _____
Christopher E. McIntyre, Esq.

I certify that a true copy of the Complaint filed in the Superior Court of the State of New Jersey, County of Hudson, along with a copy of the Summons issued to this defendant, is annexed hereto as Exhibit A.

BY: _____
Christopher E. McIntyre, Esq.

# EXHIBIT A

HUD-L-002959-20   08/14/2020 4:26:33 PM  Pg 1 of 3  Trans ID: LCV20201410050

MARIO BLANCH, Esq.,
Attorney Id. 030862002
440-65th Street
WEST NEW YORK, NJ, 07093
Telephone Number:   201-869-9898
Fax Number:         201-869-9898
Email:              mario@blanchlegal.com

| | |
|---|---|
| BRIAN CORBETT<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>TARGET STORES, JOHN DOES 1-99, ABC CORPS. 1-99,<br><br>　　　　Defendant | SUPERIOR COURT OF NEW JERSEY<br>HUDSON VICINAGE<br>CIVIL DIVISION<br><br><br>DOCKET NO.:<br><br>Civil Action<br><br><br>COMPLAINT and JURY DEMAND |

　　　　BRIAN CORBETT, the Plaintiffs, residing the County of Hudson, State of New Jersey, says:

### FIRST COUNT

　　　　1. On August 22, 2018, the Plaintiff was lawfully inside the Target store in Jersey City, New Jersey.

　　　　2. While inside the Target store, Plaintiff was caused to slip and fall on a puddle of water on the floor.

　　　　3. Defendant had a duty of care to the Plaintiff to protect the Plaintiff from artificial dangers, such as puddles of water.

　　　　4. Defendant breached that duty of care to the Plaintiff by failing to clean the puddle, close the area where the puddle was located and/or warning the Plaintiff of the puddle.

-1-

12-15-2020            000340356G0001            6020201215007275

HUD-L-002959-20   08/14/2020 4:26:33 PM   Pg 2 of 3   Trans ID: LCV20201410050

5. As a result of the Defendant's breach of duty, Plaintiff was caused to slip and fall and injure himself, causing him to break his toe and suffer pain and suffering.

WHEREFORE, Plaintiffs demands judgment against Defendants for damages, pain and suffering, interest and cost of suit.

### SECOND COUNT

1. Plaintiff repeats and alleges each and every allegation as if set forth at length herein.

2. John Does, 1-99 and ABC Corps. 1-99 are fictitious defendants added herein as they contributed to the negligence of the Defendants and therefore the injuries of the Plaintiff. However, at this time these fictitious defendants cannot be identified, but may be added in at a later date as discovery becomes available.

### JURY DEMAND

Plaintiff demands trial by jury.

_____
Mario M. Blanch, Esq.

Dated:   8/14/2020

-2-

12-15-2020                000340356G0001                6020201215007275

https://www.sedgwicksir.com/EditorHTML5/printModule.html                12/16/2020

**TRIAL ATTORNEY DESIGNATION**

Mario Blanch is hereby designated as trial attorney.

_____
Mario M. Blanch, Esq.

Dated:    8/14/2020

**CERTIFICATION PURSUANT TO R.4:5-1**

Pursuant to Rule 4:5-1, the undersigned certifies that to the best of his knowledge, the within matters in controversy are not the subject of any other action pending in any other Court or of a pending arbitration proceeding nor is any action or arbitration proceeding contemplated nor are other parties required to be joined in this action.

_____
Mario M. Blanch, Esq.

Dated:    8/14/2020

-3-

HUD-L-002959-20   08/14/2020 4:26:33 PM   Pg 1 of 1   Trans ID: LCV20201410050

# Civil Case Information Statement

### Case Details: HUDSON | Civil Part Docket# L-002959-20

**Case Caption:** CORBETT BRIAN VS TARGET STORES
**Case Initiation Date:** 08/14/2020
**Attorney Name:** MARIO MIGUEL BLANCH
**Firm Name:** MARIO M. BLANCH, ESQ.
**Address:** 440 65TH STREET
WEST NEW YORK NJ 07093
**Phone:** 2018699898
**Name of Party:** PLAINTIFF : CORBETT, BRIAN
**Name of Defendant's Primary Insurance Company
(if known):** Sedgwick

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: BRIAN CORBETT?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
   **If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** NO
   **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO   **Title 59?** NO   **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

08/14/2020                                                                                          /s/ MARIO MIGUEL BLANCH
Dated                                                                                                                 Signed

MARIO M. BLANCH, ESQ.
Attorney ID No. 030862002
440 65th Street
West New York, NJ, 07093
Attorney for the Plaintiff
Phone:      201-869-9898
Fax:        201-869-9898

|  |  |
|---|---|
| BRIAN CORBETT<br><br>        Plaintiff,<br>vs.<br><br>TARGET STORES, ET. ALS.<br><br>        Defendant | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>HUDSON VICINAGE<br>DOCKET NO: L-2959-20<br><br>Civil Action<br><br>**SUMMONS** |

*The State of New Jersey, to the Above Named Defendant(s):*

**TARGET STORES
CT CORPORATION SYSTEM
820 BEAR TAVERN ROAD
WEST TRENTON, NEW JERSEY 08628**

The Plaintiff, named above, had filed a lawsuit against you in Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or a general appearance in accordance with R. 5:4-3(a) with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.)

A $135.00 filing fee payable to the Treasurer, State of New Jersey must accompany your answer or appearance when it is filed. You must also send a copy of your answer or appearance to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or general appearance (with fee of $135.00 for Law Division and $135.00 for Chancery Division and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: December 28, 2020            /S/ *Michelle Smith*
                                    Michelle Smith, Clerk

Name and Address of Defendant:      **TARGET STORES**
                                    **CT CORPORATION SYSTEM**
                                    **820 BEAR TAVERN ROAD**
                                    **WEST TRENTON, NEW JERSEY 08628**